**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

 FEB 04 2009 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BETH COFIELD,

                      Plaintiff,

-against-

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                      Defendant.
------------------------------------------------------------X

JUDGMENT
08-CV- 3497 (JG)

An Order of Honorable John Gleeson, United States District Judge, having been having been filed on January 29, 2009, reversing and remanding the Commissioner's final decision dated January 23, 2005, which denied the disabled child's Supplemental Security Income claim filed by plaintiff on behalf of her then minor-child, Danielle C. Cofield, on June 27, 2002, for further administrative proceedings, including but not limited to obtaining Danielle C. Cofield's school records, conducting a new hearing, obtaining a consultative examination or medical expert testimony, considering the medical evidence and any new medical evidence, further considering the six domains for evaluating disability in a child, and issuing a new decision; it is

ORDERED and ADJUDGED that the Commissioner's final decision dated January 23, 2005, which denied the disabled child's Supplemental Security Income claim filed by plaintiff on behalf of her then-minor child, Danielle C. Cofield, on June 27, 2002, is reversed and remanded for further administrative proceedings, including but not limited to obtaining Danielle C. Cofield's school records, conducting a new hearing, obtaining a

JUDGMENT
08-CV- 3497 (JG)

consultative examination or medical expert testimony, considering the medical evidence and any new medical evidence, further considering the six domains for evaluating disability in a child, and issuing a new decision.

Dated: Brooklyn, New York
February 03, 2009

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court